UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM PAYTON,<br><br>          Plaintiff,<br><br>    v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, et al.,<br><br>          Defendants. | Case No. 24-cv-00182-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on April 9, 2024. Having considered the parties' proposals, *see* Dkt. No. 15, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 7, 2024 |
| Close of Fact Discovery | September 6, 2024 |
| Exchange of Opening Expert Reports | September 20, 2024 |
| Exchange of Rebuttal Expert Reports | October 4, 2024 |
| Close of Expert Discovery | October 18, 2024 |
| Dispositive Motion Hearing Deadline | December 12, 2024, at 2:00 p.m. |
| Pretrial Conference | March 4, 2025, at 3:00 p.m. |
| Jury Trial (2 days) | March 17, 2025, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 4/9/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge