Ely Grinvald, Esq.
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (213) 616-8172
E: grinvaldely@gmail.com

Attorneys for Plaintiff,
*Jim Payton*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM PAYTON,<br><br>   Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, and CAVALRY SPV I, LLC,<br><br>   Defendant. | Case No.: 4:24-CV-00182 -HSG<br><br>**STIPULATION TO AMEND COMPLAINT; ORDER** |

  COME NOW Plaintiff Jim Payton ("Plaintiff"), by and through undersigned counsel, and Defendants Cavalry Portfolio Services, LLC ("CPSLLC") and Cavalry SPV I, LLC ("CSPV"), by and through undersigned, hereby stipulate as follows:

1. Plaintiff has provided Defendants with a copy of a proposed amended complaint and has requested that Defendants stipulate to its filing; and

2. Defendants have agreed to stipulate to the filing of the proposed amended complaint in the form provided by Plaintiff, and

3. Plaintiff shall file the amended complaint by April 16, 2024; and

4. Defendants shall have 28 days, from the date of filing, to file responsive pleadings to the amended complaint.

Dated: April 11, 2024

                                                        RESPECTFULLY SUBMITTED,

                                                        By: /s/ Ely Grinvald
                                                        Ely Grinvald, Esq.
                                                        2355 Westwood Blvd., #562
                                                        Los Angeles, CA 90064
                                                        T: (213) 616-8172
                                                        E: grinvaldely@gmail.com
                                                        Attorneys for Plaintiff
                                                        *Jim Payton*


DATED: April 11, 2024                          WOMBLE BOND DICKINSON (US) LLP
                                                        TOMIO B. NARITA
                                                        DOMINIC J. LUCA

                                                        By:  /s/Tomio B. Narita
                                                            Tomio B. Narita
                                                           Attorneys for Cavalry SPV I, LLC
                                                            and Cavalry Portfolio Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Ely Grinvald*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

*/s/ Ely Grinvald*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  4/12/2024

Honorable Haywood S. Gilliam, Jr.
United States District Judge