UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM PAYTON,<br><br>        Plaintiff,<br><br>    v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, et al.,<br><br>        Defendants. | Case No. 24-cv-00182-HSG<br><br>**ORDER TO SHOW CAUSE** |

The Court **ORDERS** Plaintiff's counsel, Ely Grinvald, to **SHOW CAUSE** as to why he should not be monetarily sanctioned in the amount of reasonable attorney fees expended by Defense counsel addressing Mr. Grinvald's failure to file an opposition or statement of non-opposition to Defendant's motion to dismiss by the May 21, 2024 deadline, and for instead filing a motion for an extension of time on May 22, 2024 with no factual support or justification for the request, Dkt. No. 30. Mr. Grinvald must file a response no later than June 4, 2024.

**IT IS SO ORDERED.**

Dated: 5/29/2024

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge